UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHARLES SEXTON,

   Plaintiff,

-vs-                                                     CASE NO.:  5:18-CV-111-OC-30PRL

FINANCIAL PACIFIC LEASING, INC

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Charles Sexton, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  James J. Webb, Esquire, Mitrani, Rynor, Adamsky & Tolland P.A., 1200 Weston Road, Penthouse, Weston, FL  33326 (jwebb@mitrani.com)

                                                                     */s/Frank H. Kerney, III, Esquire*
                                                                     Frank H. Kerney, III, Esquire
                                                                     Florida Bar #: 88672
                                                                     Morgan & Morgan, Tampa, P.A.
                                                                     One Tampa City Center
                                                                     201 North Franklin Street, 7th Floor
                                                                     Tampa, FL 33602
                                                                     Telephone: (813) 223-5505
                                                                     Facsimile:  (813) 223-5402
                                                                     fkerney@forthepeople.com
                                                                     jkneeland@forthepeople.com
                                                                     snazario@forthepeople.com
                                                                     Counsel for Plaintiff